# STEWART L. WEISMAN
### ATTORNEY AT LAW

8060 Shadowrock Road
Manlius, NY 13104
Ph 315.682.0652
Fax 315.682.0734
www.stewartweismanlaw.com
sweisman@twcny.rr.com

July 21, 2018

<u>Via CM/ECF</u>
Hon. Margaret Cangilos-Ruiz
United States Bankruptcy Court Judge
100 South Clinton Street, Rm. 315
Syracuse, NY 13261-7008

**Re:**   **Ryan Bowser - Case No. 10-31871**

Dear Judge Cangilos-Ruiz:

I represent the debtor, Ryan Bowser, in connection with a motion seeking an order holding Trinity Financial Services, LLC ("Trinity") in contempt and for damages. In accordance with your scheduling order, I served the motion papers upon Trinity by mailing copies of the motion documents to Don Madden III, President, Trinity Financial Services, LLC, 609 E. Pine St., Orlando, Florida, 32801 which is the address set forth in the entity information sheet provided by the Secretary of State of New York. A copy of the entity information sheet is attached.

In today's mail, I received the envelope containing the motion papers marked "UNDELIVERABLE AS ADDRESSED UNABLE TO FORWARD." A copy of the envelope bearing this designation is attached. In order to effectuate service upon Trinity, I request the following:

1. The scheduling order be amended to enlarge (i) the date to serve the motion papers, (ii) the date by which Trinity must respond, and (iii) the date of the telephonic conference (now scheduled for August 9, 2018 @ 2:00 pm);
2. Service of the papers shall be upon Trinity by and through its counsel that appeared in the "foreclosure" action pending in the New York State Supreme Court for Onondaga County; and that a copy be served upon Trinity at an alternate address at 2618 San Miguel Drive, Ste 303, Newport Beach, CA 92660 (this address appears in one of the motion documents and also on the Better Business Bureau website); and,
3. The amended scheduling order shall be included among the papers and documents to be served.

Thank you for your attention to this matter.

Very truly yours,

Stewart L. Weisman, Esq.



**UNDELIVERABLE AS ADDRESSED UNABLE TO FORWARD**

WEISMAN LAW OFFICE
8060 Shadowrock Road
Manlius, NY 13104

TO:
Don Madden III, President
Trinity Financial Services, LLC
609 E. Pine St.
Orlando, Florida, 32801

U.S. POSTAGE PAID
MANLIUS, NY 13104
JUL 13, 18
AMOUNT
$10.65
R2305H128555-3

Expected Delivery Day: 07/16/2018
USPS TRACKING NUMBER
9505 5103 5431 8194 2836 48

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013





U.S. POSTAGE PAID
MANLIUS, NY
13104
JUL 13, 18
AMOUNT
**$10.65**
R2305H128555-3

1006    32801

UNDELIVERABLE
ADDRESSED UNABLE
TO FORWARD
*RFS*

Expected Delivery Day: 07/16/2018
**USPS TRACKING NUMBER**
9505 5103 5431 8194 2836 48

WEISMAN LAW OFFICE
8060 Shadowrock Road
Manlius, NY 13104

-R-T-S-    32801-RFS-1N    *91 07/17/18

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER







PRIORITY MAIL
TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic Use Only
Label 107R, July 2013

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 20, 2018.

Selected Entity Name: TRINITY FINANCIAL SERVICES, LLC
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | TRINITY FINANCIAL SERVICES, LLC |
| DOS ID #: | 3878250 |
| Initial DOS Filing Date: | NOVEMBER 13, 2009 |
| County: | ALBANY |
| Jurisdiction: | FLORIDA |
| Entity Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
TRINITY FINANCIAL SERVICES, LLC
609 E. PINE ST.
ORLANDO, FLORIDA, 32801
**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| NOV 13, 2009 | Actual | TRINITY FINANCIAL SERVICES, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us