# STEWART L. WEISMAN
## ATTORNEY AT LAW

8060 Shadowrock Road
Manlius, NY 13104
Ph 315.682.0652
Fax 315.682.0734
www.stewartweismanlaw.com
sweisman@twcny.rr.com

December 7, 2018

<u>Via CM/ECF</u>
Hon. Margaret Cangilos-Ruiz
United States Bankruptcy Court Judge
100 South Clinton Street, Rm. 315
Syracuse, NY 13261-7008

**Re:   Ryan Bowser - Case No. 10-31871**

Dear Judge Cangilos-Ruiz:

I represent the debtor, Ryan Bowser, in connection with his motion seeking an order holding Trinity Financial Services, LLC in contempt and for damages. In accordance with the Text Order issued on November 14, 2018 at docket number 77, the parties engaged in settlement discussions. Unfortunately, the parties could not come to terms. As the court has made a finding that there has been a violation of the discharge injunction, it is requested that the court set a date for a hearing on the issue of damages.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Stewart L. Weisman*

Stewart L. Weisman, Esq.

cc: K. Kalahar, Esq., attorney for Trinity Financial via CM/ECF